IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RUBBY JAMES GRAY                                              PLAINTIFF

VS.                        Civil No. 4:10-cv-4114

CAPTAIN JOHNNEY GODBOLT,
Administrator, Hempstead County
Detention Center; LT. STEPHEN
GLOVER; DR. JOAN McCLEAN;
and NURSE LORIE                                        DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed December 5, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 26. Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to follow a court order to complete discovery and failure to prosecute. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of December, 2011.

                                                                  /s/ Susan O. Hickey
                                                                  Hon. Susan O. Hickey
                                                                  United States District Judge